IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GERALDINE DESGRAVIERS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-22-2970 |
| MDH – SPRING GROVE HOSPITAL, et al., | * | |
| | * | |
| Defendants. | * | |
| | *** | |

# ORDER

In response to the above-captioned Family and Medical Leave Act Complaint filed by self-represented Plaintiff Geraldine Desgraviers (ECF No. 1), on April 17, 2023, Defendants MDH – Spring Grove Hospital, State of Maryland, and Maryland Department of Health ("State Defendants") filed a Motion to Dismiss or in the Alternative for Summary Judgment asserting that Desgraviers' allegations are subject to immunity, improperly supported, or otherwise outside of this Court's jurisdiction. (ECF No. 15). On April 18, 2023, Desgraviers was notified by this Court of her right to file an Opposition in response to the Motion and she was forewarned that her Complaint could be dismissed if she failed to oppose the Motion. (ECF No. 16). Desgraviers' Opposition was due on or before May 15, 2023. (Id.). To date, the Court has not received an Opposition from Desgraviers. Because the Court finds that Defendants' unopposed Motion is meritorious and well-founded, the Motion to Dismiss or in the Alternative for Summary Judgment (ECF No. 15) shall be granted.

Accordingly, it is this 6th day of September, 2023, by the United States District Court for the District of Maryland, hereby:

ORDERED State Defendants' Motion to Dismiss or in the Alternative for Summary Judgment (ECF No. 15) is GRANTED;

IT IS FURTHER ORDERED that the Complaint is DISMISSED;

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this Order to counsel and to Desgraviers at her address of record; and

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case.

_____/s/_____
George L. Russell, III
United States District Judge